1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8938
       Facsimile: (415) 744-0134
7      Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                          **SACRAMENTO DIVISION**
11

12 JEFFREY J. DORE,                    )
                                       )   NO. 2:08-CV-3131 DAD
13      Plaintiff,                     )
                                       )
14      v.                             )   STIPULATION AND ORDER APPROVING
                                       )   SETTLEMENT OF ATTORNEY FEES
15 MICHAEL J. ASTRUE,                  )   PURSUANT TO THE EQUAL ACCESS TO
   Commissioner of                     )   JUSTICE ACT
16 Social Security,                    )
                                       )
17      Defendant.                     )
   _____)

18

19      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

20 subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

21 Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND, THREE-HUNDRED DOLLARS

22 AND NO CENTS ($6,300.00).  This amount represents compensation for all legal services rendered on

23 behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

24 § 2412(d).

25      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

26 consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

27 to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will

28 depend on whether the fees and expenses are subject to any offset allowed under the United States

Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: November 29, 2010        */s/Bess M. Brewer*
                                *(As authorized via email)*
                                BESS M. BREWER
                                Attorney for Plaintiff

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: November 29, 2010   By:  */s/ Theophous H. Reagans*
                                THEOPHOUS H. REAGANS
                                Special Assistant United States Attorney

### ORDER

Pursuant to stipulation, IT IS ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND, THREE-HUNDRED DOLLARS AND NO CENTS ($6,300.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced stipulation. Plaintiff's motion for an award of attorney fees under EAJA (Doc. No. 27) is rendered moot by this order.

DATED: November 30, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\dore3131.stipord.attyfee.eaja